## Case No. 15,149.

UNITED STATES v. FOUR HUNDRED BASKETS OF CHAMPAGNE.

[Nowhere reported; opinion not now accessible.]